■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO GONZALEZ, Appellant.— Motion by appellant to withdraw his appeal from an order of the County Court, Suffolk County, entered January 31, 1962, which denied, without a hearing, his *coram nobis* application. Motion granted on the consent of the District Attorney of Suffolk County. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS KLING, Appellant.— Motion by appellant: (1) to vacate order dated June 22, 1959, dismissing his appeal from an order which denied his *coram nobis* application; (2) to reargue his prior motions to dispense with printing; (3) to assign counsel to prosecute the appeal; and (4) to enlarge time to perfect the appeal. Motion granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y. (John Dwight Evans, Jr., of counsel) is assigned to prosecute the appeal. Appellant's time to perfect the appeal is enlarged to the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term. Beldock, P. J., Kleinfeld, Hill and Rabin, JJ., concur; Ughetta, J., not voting.

■ IRVING F. LAX, Respondent, v. RECORD REALTY Co. INC., Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal; and for other relief, denied, without costs. Cross motion by respondent for omnibus relief, dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ CATHERINE A. ZACCHEA, Respondent, v. MICHAEL N. ZACCHEA, Appellant.— Motion by appellant to stay enforcement of order with respect to alimony and counsel fee, pending appeal from such order, granted on the following conditions: (1) that appellant shall pay respondent $75 per week on account of alimony, such payments to be computed as of the return day of the motion at Special Term and with credit for any payments already made; (2) that appellant shall pay all the accrued and current maintenance and carrying charges, such as taxes, mortgage interest and amortization, insurance, heat, electricity, gas and telephone, for the house occupied by respondent and owned by the parties as tenants by the entirety; (3) that appellant shall vacate said house and permit respondent to remain in exclusive and undisturbed possession; (4) that appellant shall pay respondent $250 on account of the counsel fee; and (5) that appellant shall perfect the appeal and be ready to argue or submit it at the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term; the record and appellant's brief to be served and filed on or before November 20, 1962. Motion by appellant to dispense with printing denied. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.